An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHANIEL TOLLIVER,
Appellant,
vs.
CASSANDRA RENEE TOLLIVER,
Respondent.

No. 59768

**FILED**

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

On appeal, appellant raises arguments concerning, among other things, child support, spousal support, the assignment of community debts, and the jurisdiction of the district court to consider these matters while an appeal was pending with this court. We conclude that the district court did not abuse its discretion in ordering appellant to pay child support as the district court only ordered appellant to pay child support for the time period, within four years of the child support request, when the child was a minor. *See* NRS 125B.020 (requiring a parent to provide support for his or her child); NRS 125B.030 (providing that a parent may require child support for up to four years from the time the support request is filed); *Edgington v. Edgington*, 119 Nev. 577, 588, 80 P.3d 1282, 1290 (2003) (explaining that this court reviews a district court's child support award for an abuse of discretion).

We also conclude that the district court did not abuse its discretion in ordering appellant to pay spousal support as the record demonstrates that the district court properly considered the factors

13-21812

outlined in NRS 125.150(8) in making the award. *See Wolff v. Wolff*, 112 Nev. 1355, 1359, 929 P.2d 916, 918-19 (1996) (providing that this court will not disturb a district court's disposition of community property or an alimony award absent an abuse of discretion); *see also* NRS 125.150(8) (providing factors for a district court to consider when awarding spousal support). Finally, we conclude that the district court did not abuse its discretion in assigning the tax debts to appellant, as appellant failed to comply with the court's order to provide tax returns demonstrating that the tax debt at issue here was a community debt. *See Wolff*, 112 Nev. at 1359, 929 P.2d at 918-19. Accordingly, in light of these determinations, and as appellants remaining arguments lack merit, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Robert Teuton, District Judge, Family Court Division
Nathaniel Tolliver
Cassandra Renee Tolliver
Eighth District Court Clerk